SIMON D. HAYSOM (SH3078)
Simon Haysom LLC
One Railroad Ave
P.O. Box 487
Goshen, New York 10924
(845) 294-3596

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Case No. 11-36679
In re,
                                                                                                       Chapter 11

Joscon, Inc.

                    Debtor.

-----------------------------------------------------------X

## AFFIDAVIT UNDER LOCAL BANKRUPTCY RULE 1007-2

Jose A. Colon being duly sworn, deposes and says:

1. That he is the Managing Member of the debtor corporation herein and makes this Affidavit pursuant to Rule 1007-2 of the Rules of this Court.

2. The debtor corporation owns three real estate properties and its income is rentals.

3. That there is no other or prior Bankruptcy Proceeding filed by or on behalf of the corporation.

4. That the names and addresses of all of the known creditors are attached to the debtor's Chapter 11 petition. There is just one creditor.

5. The debtor is not involved in any lawsuits now pending aside from those listed in the Chapter 11 Petition Statement of Financial Affairs, Question #

4.

6. There is no property of the debtor in the possession or custody of any public officer, receiver, trustee or assignee for the benefit of creditors, mortgagee pledge or assignee or rents.

7. The debtor has no shares of stock, debentures or other securities which are publicly held.

8. The estimated amount of the payroll to employees of the debtor is $1,500 per month and the debtor has one employee.

9. The estimated pro forma operating expenses for a thirty (3) day period is set forth as set forth as "Exhibit A" annexed hereto.

10. It is estimated that the debtor will make a profit from this business for a period of thirty days following the filing of this Chapter 11 petition.

11. The debtor's financial difficulties have been caused by the following circumstances. Serious health problems of the President/Sole Shareholder, coupled with the loss of all records in a recent fire.

12. The debtor presently has 1 employee, the President Jose Colon, 100 percent shareholder. He is assisted by Nancy Gonzalez.

13. The debtor owns three properties in Newburgh, an apartment block, a garage and a parking lot, identified in Schedule A of this petition.

14. The debtors substantial assets are located at 419 Carpenter Ave., Newburgh, New York 12550.

15. No distribution other than $1,500 salary are planned on to any officers, employees, or shareholders during the pendency of this case.

16. It is respectfully submitted that the best interest of the single creditor and various tenants would be served if the debtor was allowed to continue operations to pay that single creditor's claim in full and to allow for a third party contribution of some $50,000 to that creditor after a short confirmation process. This would also enable the debtor's complete recovery. If the operations are
continued and a Plan can be negotiated with the single creditor, the result will be rehabilitation of the debtor. For all of the above reasons the debtor desires to continue the operations of its business.

_____
Jose A. Colon, President of
Joscon, Inc.

**Sworn to me this**

**___ day of June 2011**
_____
**Notary Public**

SIMON D. HAYSOM
Notary Public, State of New York
Reg. # 4931015
Qualified in Orange County
Commission Expires May 6, 2015